# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140475

RONALD FRUITMAN, ILENE FRUITMAN,
BURTON EISENBERG, and SHEILA
EISENBERG, Individually and as Trustee of the
SHEILA EISENBERG TRUST,
   Plaintiffs/Counter-Defendants-
   Appellants,

v

               SC: 140475
               COA: 286916
               Oakland CC: 2007-084916-CZ

DAVID RUBINSTEIN and RUBINSTEIN &
SCHWARTZ, P.C.,
   Defendants-Appellees,

and

BIG SKY DEVELOPMENT ANN ARBOR, L.L.C.,
and BIG SKY DEVELOPMENT CLINTON
TOWNSHIP, L.L.C.,
   Defendants/Counter-Plaintiffs,

and

IAN SCHONSHECK, HY STOLLMAN, DICK
HARTIGAN, STEVE DACKIW, and RONALD
HAGEN,
   Defendants.

_____/

On order of the Court, the application for leave to appeal the January 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., not participating. I recuse myself and am not participating because I have a social acquaintance with some of the parties.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

Clerk

y0920